# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 21, 2008



Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813

**Appeal Number: 07-14186-AA**
Case Style: USA v. Zachary Taylor
District Court Number:  07-20201 CR-FAM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Jenifer Tubbs (404) 335-6166

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-14186-AA

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 2 1 2008

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ZACHARY TAYLOR,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: EDMONDSON, Chief Judge, TJOFLAT and PRYOR, Circuit Judges.

BY THE COURT:

On January 11, 2008, Appellee moved to dismiss this appeal based upon the appeal waiver contained in Appellant's plea agreement. In response thereto, Appellant raises numerous contentions, including his argument that Appellee breached the plea agreement.

The Court notes that Appellant's waiver of his right to appeal does not

preclude his raising issues regarding the breach of his plea agreement. See U.S. v. Copeland, 381 F.3d 1101, 1104-05 (11th Cir. 2004). This Court finds that Appellee did not breach the plea agreement.

Furthermore, this Court finds that the plea agreement clearly detailed the terms of the parties' agreement and that Appellant knowingly and voluntarily entered into his plea agreement. Furthermore, Appellant's contentions regarding the sentencing court's errors do not fall within the exceptions of the appeal waiver.

Appellee's motion to dismiss this appeal is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: Jennifer Jubbs
Deputy Clerk
Atlanta, Georgia